1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 IN RE: ) | MDL Docket No. 06-1791 VRW |
| 13 ) | [~~PROPOSED~~] **ORDER TO EXTEND** |
| ) | **TIME FOR DEFENDANT QWEST** |
| 14 NATIONAL SECURITY AGENCY ) | **COMMUNICATIONS** |
| ) | **INTERNATIONAL INC.** |
| 15 ) | **TO RESPOND TO COMPLAINT** |
| _____ ) | |
| 16 ) | **Judge: Hon. Vaughn R. Walker** |
| THE UNITED STATES OF AMERICA, ) | |
| 17 ) | Civil Action No. C-07-1324 VRW |
| Plaintiff, ) | |
| 18 ) | |
| v. ) | |
| 19 ) | |
| STUART RABNER, et al., ) | |
| 20 ) | |
| Defendants. ) | |
| _____ ) | |

21
22

23  **ORDER**

24  Pursuant to the foregoing Stipulation, and good cause appearing, IT IS HEREBY

25  ORDERED that:

26  ///

27  ///

28  ///

1

[Proposed] Order to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\LA - 066983/000078 - 344564 v1

Defendant Qwest Communications International Inc. need not answer or otherwise respond to the complaint in <u>United States v. Rabner</u>, No. 07-1324 until sixty days after this Court issues an order resolving the dispositive motions set for hearing by the Order of March 26, 2007.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 18, 2007

**GRANTED**

Judge Vaughn R Walker

_____
Vaughn R Walker
United States District Chief Judge

2

[Proposed] Order to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 344564 v1