**HOGAN & HARTSON LLP**
Robert J. Benson  (No. 155971)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Phone:  (310) 785-4629
Fax:  (310) 785-4601
rjbenson@hhlaw.com

Ty Cobb (admitted *pro hac vice*)
Christine Varney (admitted *pro hac vice*)
Christopher Zaetta (admitted *pro hac vice*)
555 13th Street, NW
Washington, D.C. 20004
Telephone:  (202) 637-8874
Fax:  (202) 637-5910
tcobb@hhlaw.com
cvarney@hhlaw.com
crzaetta@hhlaw.com

Attorneys for Defendant
Qwest Communications International Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br> THE UNITED STATES OF AMERICA, <br><br>   Plaintiff, <br><br>   v. <br><br> STUART RABNER, et al., <br><br>   Defendants. | MDL Docket No. 06-1791 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT QWEST COMMUNICATIONS INTERNATIONAL INC. TO RESPOND TO COMPLAINT** <br><br> **Judge:  Hon. Vaughn R. Walker** <br><br> Civil Action No. C-07-1324 VRW |

**RECITALS**

A.   On February 21, 2007, the Judicial Panel on Multidistrict Litigation's order transferring, among other cases, *United States v. Rabner*, No. 07-1324 (the "Rabner Litigation")

Stipulation and [Proposed] Order to Extend Time
for Defendant Qwest Communications International Inc. to
Respond to Complaint (Civ. No. C-07-1324-VRW)

1

\\\LA - 066983/000078 - 358441 v1

was entered on this Court's docket. Dkt. 173. Qwest Communications International Inc. ("Qwest") is a defendant in the Rabner Litigation.

B. On April 18, 2007, the Court entered an Order that Qwest need not answer or otherwise respond to the complaint in the Rabner Litigation until sixty days after the Court issues an order resolving the dispositive motions filed in the Rabner Litigation and the other State Cases. Dkt. 248.

C. On July 24, 2007, the Court denied without prejudice the United States' motions for summary judgment in the State Cases and denied as moot the State Defendants' motions in the State Cases. Dkt. 334. The Court stated that the parties may renotice their cross motions after the Ninth Circuit issues an order in the appeal of the Court's July 20, 2006 Order in Hepting v. AT&T Corp., C-06-672 (N.D. Cal.).

D. On August 20, 2007, the Court entered an Order providing that the AT&T and Cingular defendants need not respond to the complaints in the State Cases until further Order of the Court. Dkt. 352.

E. Judicial and party economy are served by similarly deferring Qwest's obligation to respond to the complaint in the Rabner Litigation until further Order of the Court after the Ninth Circuit has provided further guidance and the Court has considered and resolved any renewal of the cross motions that are the subject of its July 24, 2007 Order.

**STIPULATION**

The United States and Qwest hereby stipulate that Qwest need not answer or otherwise respond to the complaint in the Rabner Litigation until a time determined by further Order of the Court.

Dated: August 30, 2007         HOGAN & HARTSON LLP
                               Robert J. Benson  (No. 155971)
                               1999 Avenue of the Stars
                               Suite 1400
                               Los Angeles, CA 90067
                               Phone:  (310) 785-4629
                               Fax:  (310) 785-4601
                               rjbenson@hhlaw.com

                               Ty Cobb (admitted pro hac vice)
                               Christine Varney (admitted pro hac vice)

2

Stipulation and [Proposed] Order to Extend Time for Defendant Qwest Communications International Inc. to Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 358441 v1

Christopher Zaetta (admitted pro hac vice)
555 13th Street, NW
Washington, D.C. 20004
Phone: (202) 637-8874
Fax: (202) 637-5910
tcobb@hhlaw.com
cvarney@hhlaw.com
crzaetta@hhlaw.com

By:      /s/
           Robert J. Benson

Attorneys for Defendant Qwest Communications International Inc.

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B.**

I, ROBERT J. BENSON, hereby declare pursuant to General Order 45, § X.B., that the signatory below has concurred to the filing of this document.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on August 30, 2007, at Los Angeles, California.

                               /s/
                               Robert J. Benson

Dated: August 30, 2007

PETER D. KEISLER
Assistant Attorney General, Civil Division
CARL J. NICHOLS
Deputy Assistant Attorney General
DOUGLAS N. LETTER
Terrorism Litigation Counsel
JOSEPH H. HUNT
Director, Federal Programs Branch
ANTHONY J. COPPOLINO
Special Litigation Counsel
ANDREW H. TANNENBAUM
ALEXANDER K. HAAS (SBN 220932)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W., Room 6102
Washington, D.C. 20001
Telephone: (202) 514-4782
Fax: (202) 616-08460
Email:

By:     /s/ per G.O. 45

Attorneys for United States of America

3

Stipulation and [Proposed] Order to Extend Time for Defendant Qwest Communications International Inc. to Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 358441 v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: | MDL Docket No. 06-1791 VRW |
| NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION | [PROPOSED] **ORDER TO EXTEND TIME FOR DEFENDANT QWEST COMMUNICATIONS INTERNATIONAL INC. TO RESPOND TO COMPLAINT** |
| THE UNITED STATES OF AMERICA, | **Judge: Hon. Vaughn R. Walker** |
| Plaintiff, | Civil Action No. C-07-1324 VRW |
| v. | |
| STUART RABNER, et al., | |
| Defendants. | |

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

Defendant Qwest Communications International Inc. need not answer or otherwise respond to the complaint in <u>United States v. Rabner</u>, No. 07-1324, until further Order of the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _Sept 4, 2007_, 2007        _____
                                    Judge Vaughn R Walker
                                    United States Chief Judge

GRANTED

[Proposed] Order to Extend Time for Defendant Qwest Communications International Inc. to Respond to Complaint (Civ. No. C-07-1324-VRW)

\\\LA - 066983/000078 - 358441 v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed the foregoing Stipulation and [Proposed] Order to Extend Time for Defendant Qwest Communications International Inc. to Respond to Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

DATED: August 30, 2007        /s/_____
                              Susan Bryant

\\\LA - 066983/000078 - 358441 v1